Submitted April 6, reversed June 6, 2012

In the Matter of R. F., aka S. F.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

R. F.,
aka S. F.,
*Appellant.*

Multnomah County Circuit Court
110868160; A149421

280 P3d 403

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

John R. Kroger, Attorney General, Anna M. Joyce, Solicitor General, and Laura S. Anderson, Senior Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Brewer, Judge, and Duncan, Judge.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of a judgment committing him as a mentally ill person for a period not to exceed 180 days. ORS 426.130. He asserts that the trial court erred in concluding that he is a danger to himself because of a mental disorder. *See* ORS 426.005(1)(e). The state concedes that the evidence is legally insufficient to support involuntary commitment and that the judgment should be reversed. We agree; therefore, we accept the state's concession and reverse.

Reversed.